**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BRIAN SLOME, SB# 238134
  E-Mail: Brian.Slome@lewisbrisbois.com
KENNETH C. FELDMAN, SB# 130699
  E-Mail: Ken.Feldman@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendants, Bona Law P.C.,
Jarod Bona, David Codell, Aaron Gott,
Luke Hasskamp, and Luis Blanquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN P. MANOOKIAN,<br><br>      Plaintiff,<br><br>vs.<br><br>BONA LAW P.C., JAROD BONA, DAVID CODELL, AARON GOTT, LUKE HAASKAMP, AND LUIZ BLANQUEZ;<br><br>      Defendants. | Case No. 21CV0562 WQH BLM<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR FILING RESPONSE TO COMPLAINT**<br><br>Date:    June 14, 2021<br><br>Trial Date:    None Set |

      Plaintiff Brian P. Manookian ("Plaintiff"), Defendants Bona Law, P.C., Jarod Bona, David Codell, Aaron Gott, Luke Hasskamp And Luis Blanquez ("Defendants"), by and through undersigned counsel, stipulate and agree that the deadlines for Defendants to file a responsive pleading to Plaintiff's Complaint shall be extended to and including Monday, June 14, 2021. Defendants agreed to accept service via email on April 14, 2021, and Plaintiff agreed to extend the deadline to respond to the Complaint through June 14, 2021.

| | | |
|---|---|---|
| 1 | DATED: May 3, 2021 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By:  */s/ Brian Slome*
Brian Slome
Kenneth C. Feldman
Attorneys for Defendants, Bona Law P.C., Jarod Bona, David Codell, Aaron Gott, Luke Hasskamp, And Luis Blanquez

DATED: May 3, 2021          SPRAGENS LAW PLC

By:  */s/ John Spragens*
JOHN SPRAGENS
Attorneys for Plaintiff, BRIAN P. MANOOKIAN

# FEDERAL COURT PROOF OF SERVICE

*Manookian v. Bona Law, et al.*
USDC, Southern District Case No. 21CV0562 WQH BLM

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West C Street, Suite 1700, San Diego, CA 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On May 3, 2021, I served the following document(s): **JOINT MOTION TO EXTEND DEADLINE FOR FILING RESPONSE TO COMPLAINT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Frank J. Johnson, Esq.<br>FrankJ@johnsonfistel.com<br>Kristen O'Connor, Esq.<br>KristenO@johnsonfistel.com<br>JOHNSON FISTEL, LLP<br>655 West Broadway, Suite 1400<br>San Diego, CA 92101<br>Telephone: (619) 230-0063<br>Facsimile: (619) 255-1856<br><br>*Local Counsel for Plaintiff* | John Spragens, Esq.<br>john@spragenslaw.com<br>SPRAGENS LAW PLC<br>311 22nd Ave. No.<br>Nashville, TN 37203<br>Telephone: (615) 983-8900<br>Facsimile: (615) 682-8533<br><br>*Lead Counsel for Plaintiff*<br><br>(Pro Hac Vice forthcoming) |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 3, 2021, at San Diego, California.

Jennifer Cannone