| | |
|---|---|
| 1 | BRIAN SLOME, SB# 238134 |
| | Brian.Slome@lewisbrisbois.com |
| 2 | KENNETH C. FELDMAN, SB# 130699 |
| | Ken.Feldman@lewisbrisbois.com |
| 3 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 4 | 550 West C Street, Suite 1700 |
| | San Diego, California 92101 |
| 5 | *Counsel for Defendants, Bona Law P.C.,* |
| | *Jarod Bona, David Codell, Aaron Gott,* |
| 6 | *Luke Hasskamp, and Luis Blanquez* |

FRANK J. JOHNSON, ESQ.
FrankJ@johnsonfistel.com
KRISTEN O'CONNER, ESQ
KristenO@johnsonfistel.com
JOHNSON FISTEL, LLP
655 West Broadway, Suite 1400
San Diego, CA 92101
*Local Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN P. MANOOKIAN, | Case No. 21CV0562 WQH BLM |
| Plaintiff, | **JOINT MOTION TO CHANGE DATE FOR HEARING ON MOTION TO DISMISS** |
| vs. | |
| BONA LAW P.C., JAROD BONA, DAVID CODELL, AARON GOTT, LUKE HAASKAMP, AND LUIZ BLANQUEZ; | **Date:   July 19, 2021**<br>**Hon. Judge William Q. Hayes** |
| Defendants. | |

Plaintiff, Brian Manookian and Defendants Bona Law P.C., Jarod Bona, David Codell, Aaron Gott, Luke Hasskamp, And Luis Blanquez, by and through their respective counsel, hereby move the court for an order to change the date on which Defendants' Motion to Dismiss, currently scheduled on July 19, 2021 before Judge William Hayes, is set for hearing from July 19, 2021 to September 27, 2021.

The Parties agree that Plaintiff shall file his opposition to Defendants' Motion

to Dismiss on or before September 6, 2021.  Defendants' Reply shall be due on September 20, 2021

    IT IS FURTHER AGREED AND STIPULATED that this stipulation may be executed in counterparts and exchanged by facsimile and/or email, and all parties' facsimile/email copies shall constitute the agreement among the parties and their counsel.

DATED:  June 29, 2021

By:    */s/ Brian Slome*
BRIAN SLOME
KENNETH FELDMAN
LEWIS BRISBOIS BISGAARD & SMITH
*Counsel for Defendants*

DATED:  June 29, 2021    By: _____/s/__John Spragens_____
JOHN SPRAGENS, ESQ.
SPRAGENS LAW PLC
*Lead Counsel for Plaintiff*



4841-6453-5280.1

2

Case No. 21CV0562 WQH BLM

NOTICE OF MOTION AND MOTION TO DISMISS

# CERTIFICATION OF ELECTRONIC SERVICE

*Manookian v. Bona Law, et al.*
USDC, Southern District Case No. 21CV0562 WQH BLM

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West C Street, Suite 1700, San Diego, CA 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 29, 2021, I served the following document(s): **STIPULATION AND REQUEST TO CHANGE HEARING ON MOTION TO DISMISS**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Frank J. Johnson, Esq.<br>FrankJ@johnsonfistel.com<br>Kristen O'Connor, Esq.<br>KristenO@johnsonfistel.com<br>JOHNSON FISTEL, LLP<br>655 West Broadway, Suite 1400<br>San Diego, CA 92101<br>Telephone: (619) 230-0063<br>Facsimile: (619) 255-1856<br><br>*Local Counsel for Plaintiff* | John Spragens, Esq.<br>john@spragenslaw.com<br>SPRAGENS LAW PLC<br>311 22nd Ave. No.<br>Nashville, TN 37203<br>Telephone: (615) 983-8900<br>Facsimile: (615) 682-8533<br><br>*Lead Counsel for Plaintiff*<br><br>(Pro Hac Vice forthcoming) |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 29, 2021, at San Diego, California.

Jennifer Cannone



4841-6453-5280.1

1

Case No. 21CV0562 WQH BLM

NOTICE OF MOTION AND MOTION TO DISMISS