**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BRIAN SLOME, SB# 238134
 E-Mail: Brian.Slome@lewisbrisbois.com
KENNETH C. FELDMAN, SB# 130699
 E-Mail: Ken.Feldman@lewisbrisbois.com
LINDSEY M. BALL, SB# 299707
 E-Mail: Lindsey.Ball@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendants, Bona Law P.C.,
Jarod Bona, David Codell, Aaron Gott,
Luke Hasskamp, and Luis Blanquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN P. MANOOKIAN,<br><br>         Plaintiff,<br><br>   vs.<br><br>BONA LAW P.C., JAROD BONA, DAVID CODELL, AARON GOTT, LUKE HAASKAMP, AND LUIZ BLANQUEZ;<br><br>         Defendants. | CASE NO. 21CV0562 WQH BLM<br><br>**NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO TENTATIVELY FILE UNDER SEAL REPORT AND RECOMMENDATION OF THE TENNESSEE BOARD OF PROFESSIONAL RESPONSIBILITY BEING FILED IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:   Sept 27, 2021<br>Hon. Judge William Q. Hayes<br><br>(*Concurrently filed with Defendants' Request for Judicial Notice and Proposed Exhibit 18*) |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Please take notice that Defendants Bona Law P.C., Jarod Bona, David Codell, Aaron Gott, Luke Hasskamp, and Luis Blanquez, by and through their counsel of record, hereby provide notice and move for an order to tentatively file under seal the

4832-5012-1721.2                                                                                     21CV0562 WQH BLM
APPLICATION FOR ORDER SEALING CONFIDENTIAL REPORT AND RECOMMENDATION OF THE TENNESSEE BOARD OF PROFESSIONAL RESPONSIBILITY BEING FILED IN SUPPORT OF MOTION TO DISMISS

AUGUST 25, 2021 REPORT AND RECOMMENDATION OF THE TENNESSEE BOARD OF PROFESSIONAL RESPONSIBILITY, being filed concurrently with a Request for Judicial Notice and lodged with the Court as a tentatively sealed document in furtherance of the Defendants' Motion to Dismiss the Complaint (filed concurrently as Exhibit 18).

While the contents of the BPR's report have been reported by the press[1] and the document is publicly available upon request to the Tennessee Board of Professional Responsibility, Defendants request that the Court file it tentatively under seal and provide Plaintiff an opportunity to respond as to why the document should be sealed. Defendants do not have a privacy interest in the contents of the report. They are filing this motion as a courtesy to the Plaintiff so that he has an opportunity to seek sealing order of this court in response, if he so chooses. Defendants' instant request is based on this motion, the attached declaration, and the Request for Judicial Notice concurrently filed herewith.

DATED: September 10, 2021          Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:      /s/ Brian Slome
         Brian Slome,
         Attorneys for Defendants, Bona Law P.C.,
         Jarod Bona, David Codell, Aaron Gott,
         Luke Hasskamp, and Luis Blanquez

---

[1] https://www.tennessean.com/story/news/politics/2021/08/29/nashville-attorney-faces-disbarment-board-over-chilling-threats/5623301001/).

# CERTIFICATION OF ELECTRONIC SERVICE

*Manookian v. Bona Law, et al.*
USDC, Southern District Case No. 21CV0562 WQH BLM

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West C Street, Suite 1700, San Diego, CA 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 10, 2021, I served the following document(s):
**ADMINISTRATIVE MOTION TO FILE DOCUMENT TENTATIVELY UNDER SEAL IN SUPPORT OF MOTION TO DISMISS**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Frank J. Johnson, Esq.<br>FrankJ@johnsonfistel.com<br>Kristen O'Connor, Esq.<br>KristenO@johnsonfistel.com<br>JOHNSON FISTEL, LLP<br>655 West Broadway, Suite 1400<br>San Diego, CA 92101<br>Telephone: (619) 230-0063<br>Facsimile: (619) 255-1856<br>*Counsel for Plaintiff* | John Spragens, Esq.<br>john@spragenslaw.com<br>SPRAGENS LAW PLC<br>311 22nd Ave. No.<br>Nashville, TN 37203<br>Telephone: (615) 983-8900<br>Facsimile: (615) 682-8533<br>*Counsel for Plaintiff*<br><br>(Pro Hac Forthcoming) |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 10, 2021 at San Diego, California.

*Jeff de Gruchy*
Jeff de Gruchy