**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BRIAN SLOME, SB# 238134
    E-Mail: Brian.Slome@lewisbrisbois.com
KENNETH C. FELDMAN, SB# 130699
    E-Mail: Ken.Feldman@lewisbrisbois.com
LINDSEY M. BALL, SB# 299707
    E-Mail: Lindsey.Ball@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendants, Bona Law P.C.,
Jarod Bona, David Codell, Aaron Gott,
Luke Hasskamp, and Luis Blanquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN P. MANOOKIAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>BONA LAW P.C., JAROD BONA, DAVID CODELL, AARON GOTT, LUKE HAASKAMP, AND LUIZ BLANQUEZ;<br><br>        Defendants. | Case No. 21CV0562 WQH BLM<br><br>**DECLARATION OF LINDSEY BALL IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL**<br><br>Date:    Sept 27, 2021<br><br>Hon. Judge William Q. Hayes<br><br>(Concurrently filed with Defendants' Notice of Motion and Administrative Motion to File Document under Seal, Request for Judicial Notice and Proposed Exhibit 18) |

I, Lindsey Ball, do declare as follows:

1.    I am an attorney duly admitted to practice in the State of California and an attorney at Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Bona Law P.C., Jarod Bona, David Codell, Aaron Gott, Luke Hasskamp, and Luis Blanquez.  I have personal knowledge of the facts set forth herein, and if called as a witness to testify thereto, I could competently and truthfully do so.

4852-4872-5241.1

1                                                    Case No. 21CV0562 WQH BLM

2. I make this declaration in support of Defendants' Administrative Motion to File the August 25, 2021 Report and Recommendation of the Tennessee Board of Professional Responsibility (BPR), which is concurrently being filed and marked as "Exhibit 18" with Defendants' Supplemental Request for Judicial Notice in Support of their Motion to Dismiss the Complaint Pursuant to Federal Rules of Civil Procedure, Rule 12 (b)(6).

3. On Friday, September 3, 2021, our office inquired with the BPR about an article in a local newspaper referencing the Plaintiff's disciplinary proceedings, located at the following website: https://www.tennessean.com/story/news/politics/2021/08/29/nashville-attorney-faces-disbarment-board-over-chilling-threats/5623301001/.

4. On Wednesday, September 8, 2021, the BPR official provided a Report and Recommendation dated August 25, 2021 indicating that Mr. Manookian engaged in conduct for which he was disbarred from practicing law in Tennessee.

5. As a courtesy to the Plaintiff, Bona Law is submitting the report along with a request that it be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 9, 2021, at San Diego, California.

By: _____
Lindsey M. Ball

4852-4872-5241.1

2   Case No. 21CV0562 WQH BLM

# CERTIFICATION OF ELECTRONIC SERVICE

*Manookian v. Bona Law, et al.*
USDC, Southern District Case No. 21CV0562 WQH BLM

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West C Street, Suite 1700, San Diego, CA 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 10, 2021, I served the following document(s): **DECLARATION OF LINDSEY BALL IN SUPPORT OF MOTION TO SEAL.**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Frank J. Johnson, Esq.<br>FrankJ@johnsonfistel.com<br>Kristen O'Connor, Esq.<br>KristenO@johnsonfistel.com<br>JOHNSON FISTEL, LLP<br>655 West Broadway, Suite 1400<br>San Diego, CA 92101<br>Telephone: (619) 230-0063<br>Facsimile: (619) 255-1856<br><br>*Local Counsel for Plaintiff* | John Spragens, Esq.<br>john@spragenslaw.com<br>SPRAGENS LAW PLC<br>311 22nd Ave. No.<br>Nashville, TN 37203<br>Telephone: (615) 983-8900<br>Facsimile: (615) 682-8533<br><br>*Lead Counsel for Plaintiff*<br><br>(Pro Hac Vice forthcoming) |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 10, 2021, at San Diego, California.

*Jeff de Gruchy* (signature)
_____
Jeff de Gruchy

4852-4872-5241.1