**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BRIAN SLOME, SB# 238134
  E-Mail: Brian.Slome@lewisbrisbois.com
KENNETH C. FELDMAN, SB# 130699
  E-Mail: Ken.Feldman@lewisbrisbois.com
LINDSEY M. BALL, SB# 299707
  E-Mail: Lindsey.Ball@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendants, Bona Law P.C.,
Jarod Bona, David Codell, Aaron Gott,
Luke Hasskamp, and Luis Blanquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BRIAN P. MANOOKIAN,<br><br>Plaintiff,<br><br>vs.<br><br>BONA LAW P.C., JAROD BONA, DAVID CODELL, AARON GOTT, LUKE HAASKAMP, AND LUIZ BLANQUEZ;<br><br>Defendants. | Case No. 21CV0562 WQH BLM<br><br>**NOTICE OF MOTION AND MOTION FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OF TENNESSEE BOARD OF PROFESSIONAL RESPONSIBILITY REPORT AND RECOMMENDATION**<br><br>**FED RULES CIV. P. R. 12(b)(6)**<br><br>**Date:   Sept 27, 2021**<br>**Hon. Judge William Q. Hayes**<br><br>**"NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT"** |
|---|---|

**TO THE HONORABLE COURT, PLAINTIFF HEREIN, AND HIS RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Evid. 201, Defendants BONA LAW P.C., JAROD BONA, DAVID CODELL, AARON GOTT, LUKE HASSKAMP, AND LUIS BLANQUEZ request that the Court take judicial notice of the document concurrently filed by mail under seal as Exhibit 18, in support of their Motion to Dismiss, which has a September 27, 2021 hearing date.

## I. MOTION FOR JUDICIAL NOTICE

### A. Relevant Background

On March 30, 2021, Plaintiff Brian Manookian filed a complaint in this Court alleging that Defendants committed legal malpractice and breach of fiduciary duty with respect to an underlying lawsuit that Plaintiff brought in the Middle District of Tennessee against members of the Tennessee Board of Professional Responsibility in their individual and official capacities. The underlying litigation arose from Plaintiff having been suspended from the practice of law. On June 14, 2021, Defendants moved to dismiss Plaintiff's complaint, contending: (1) Defendants did not violate the standard of care, as a matter of law, under the judgmental immunity doctrine; (2) Defendants' conduct did not cause Plaintiff damages because Plaintiff did not suffer a compensable antitrust injury; (3) Plaintiff was suspended for reasons distinct and unrelated to any allegedly anticompetitive behavior; and (4) Plaintiff cannot state a claim for breach of fiduciary duty.

Defendants' motion relies in part on the reports and recommendations of the Tennessee Board of Professional Responsibility. Defendants attached those reports and recommendations to their original request for judicial notice (filed concurrently with their moving papers) as Exhibits 1 through 17.

Defendants now inform the Court that on August 25, 2021, the Tennessee Board of Professional Responsibility issued a report and recommendation recommending that Plaintiff be permanently disbarred from the practice of law in Tennessee after a full evidentiary hearing. That report and recommendation bolsters Defendants' motion to dismiss.

### B. Judicial Notice of the August 25th Report and Recommendation of the Tennessee Board of Professional Responsibility Is Proper

Defendants respectfully request that this Court take judicial notice of the most recent report and recommendation of the Tennessee Board of Professional Responsibility, filed on August 25, 2021, in docket number 2017-2805-5-WM, which

is attached to this request as **Exhibit 18** and is submitted in support of Defendants' motion to dismiss ("the August 25 report").

Filings within public agencies, letter decisions of government and administrative bodies, and other public records are all proper subjects for judicial notice. *See Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1001 (9th Cir. 2018). Such filings include "state bar records reflecting disciplinary proceedings." *White v. Martel*, 601 F.3d 882, 885 (9th Cir. 2010). So long as there is no reasonable question about their authenticity, this Court may consider the contents of public documents of this nature in determining whether Plaintiff states a valid claim for relief. *See, e,g, Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010); *Baca v. Colo. Dep't of State*, 935 F.3d 887, 903 n.2 (10th Cir. 2019); *Bailey v. City of Ann Arbor*, 860 F.3d 382, 386 (6th Cir. 2017); *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007).

The August 25 report is relevant to Defendants' motion to dismiss, including without limitation their arguments about causation, antitrust injury, and damages. *See* Dkt. 6-1 at 24-28

## II.  CONCLUSION

For these reasons, the Court should grant this motion for judicial notice and take judicial notice of the Tennessee Board of Professional Responsibility's August 25 report recommending that Plaintiff Brian P. Manookian be permanently disbarred in the State of Tennessee.

DATED: September 10, 2021          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Brian Slome*
Brian Slome
Kenneth C. Feldman
Attorneys for Defendants, Bona Law P.C.,
Jarod Bona, David Codell, Aaron Gott,
Luke Hasskamp, And Luis Blanquez

# CERTIFICATION OF ELECTRONIC SERVICE

*Manookian v. Bona Law, et al.*
USDC, Southern District Case No. 21CV0562 WQH BLM

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West C Street, Suite 1700, San Diego, CA 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 10, 2021, I served the following document(s): **NOTICE OF MOTION AND MOTION FOR JUDICIAL NOTICE OF REPORT OF TENNESSEE BOARD OF PROFESSIONAL RESPONSIBILITY.**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Frank J. Johnson, Esq.<br>FrankJ@johnsonfistel.com<br>Kristen O'Connor, Esq.<br>KristenO@johnsonfistel.com<br>JOHNSON FISTEL, LLP<br>655 West Broadway, Suite 1400<br>San Diego, CA 92101<br>Telephone: (619) 230-0063<br>Facsimile: (619) 255-1856<br>*Counsel for Plaintiff* | John Spragens, Esq.<br>john@spragenslaw.com<br>SPRAGENS LAW PLC<br>311 22nd Ave. No.<br>Nashville, TN 37203<br>Telephone: (615) 983-8900<br>Facsimile: (615) 682-8533<br>*Counsel for Plaintiff*<br><br>(Pro Hac Forthcoming) |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 10, 2021 at San Diego, California.

*/s/ Jeff de Gruchy*

Jeff de Gruchy