JOHNSON FISTEL, LLP
Frank J. Johnson, Esq. (SBN 174882)
FrankJ@johnsonfistel.com
Kristen O'Connor, Esq. (SBN 305113)
KristenO@johnsonfistel.com
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Local Counsel for Plaintiff*

SPRAGENS LAW PLC
John Spragens, TN Bar No. 31455 (*Pro Hac Vice*)
john@spragenslaw.com
311 22nd Ave. No.
Nashville, TN 37203
Telephone: (615) 983-8900
Facsimile: (615) 682-8533

*Lead Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN P. MANOOKIAN,<br><br>Plaintiff,<br><br>v.<br><br>BONA LAW P.C., JAROD BONA, DAVID CODELL, AARON GOTT, LUKE HAASKAMP, AND LUIZ BLANQUEZ,<br><br>Defendants. | Case No.: 21CV0562 WQH BLM<br><br>**PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL**<br><br>**Date: November 19, 2021**<br>**Hon. Judge William Q. Hayes**<br><br>**"NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT"** |

**PLEASE TAKE NOTICE THAT** Brian P. Manookian, plaintiff in the above-captioned case moves the Court to make the following attorney substitution:

1.  Former Counsel:

    Frank J. Johnson, Esq. (SBN 174882)

    Kristen O'Connor, Esq. (SBN 305113)

    JOHNSON FISTEL, LLP

2.  New Counsel:

1

Benjamin J. Cheeks, Esq. (SBN 269378)

Law Offices of Benjamin J. Cheeks, APC

Frank J. Johnson hereby acknowledges and consents to the substitution of Benjamin J. Cheeks in place and instead of Frank J. Johnson with respect to the representation of the plaintiff, Brian P. Manookian regarding the above-captioned case.

Please direct any and all future notices, pleadings, briefs, correspondences, and other inquiries to the following:

Benjamin J. Cheeks (SBN 269378)
Law Offices of Benjamin J. Cheeks, APC
600 W Broadway Ste 700
San Diego, CA 92101
Telephone: (619) 995-7828
Fascimile: (619) 528-2297
E-Mail: bjc@bencheekslaw.com

Dated: November 19, 2021                    **SPRAGENS LAW PLC**

By: */s/ John Spragens*

John Spragens, TN Bar No. 31455
*(Pro Hac Vice)*
311 22nd Ave. N.
Nashville, TN 37203
Telephone: (615) 983-8900
Facsimile: (615) 682-8533
john@spragenslaw.com

*Lead Counsel for Plaintiff*

**JOHNSON FISTEL, LLP**
FRANK J. JOHNSON
KRISTEN O'CONNOR
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
frankj@johnsonfistel.com
kristeno@johnsonfistel.com

*Local Counsel for Plaintiff*

| | |
|---|---|
| 1 | **CERTIFICATION OF ELECTRONIC SERVICE** |
| 2 | *Manookian v. Bona Law, et al.* |
| 3 | USDC, Southern District Case No. 21CV0562 WQH BLM |

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 311 22nd Ave North, Nashville, TN 37203. I am admitted *pro hac vice* to this Court.

On November 19, 2021, I served the following documents: **PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

---

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

BRIAN SLOME, SB# 238134
E-Mail: Brian.Slome@lewisbrisbois.com
KENNETH C. FELDMAN, SB# 130699
E-Mail: Ken.Feldman@lewisbrisbois.com
LINDSEY M. BALL, SB# 299707
E-Mail: Lindsey.Ball@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

*Attorneys for Defendants*

---

The documents were served by the following means:

(BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 19, 2021, in Nashville, Tennessee.

*/s/ John Spragens*
John Spragens

3

PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL