Benjamin J. Cheeks (SBN 269378)
Law Offices of Benjamin J. Cheeks, APC
600 W Broadway Ste 700
San Diego, CA 92101
Telephone: (619) 995-7828
Fascimile: (619) 528-2297
E-Mail: bjc@bencheekslaw.com

*Local Counsel for Plaintiff*

SPRAGENS LAW PLC
John Spragens, TN Bar No. 31455
(*Pro Hac Vice*)
john@spragenslaw.com
311 22nd Ave. No.
Nashville, TN 37203
Telephone: (615) 983-8900
Facsimile: (615) 682-8533

*Lead Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN P. MANOOKIAN,<br><br>    Plaintiff,<br><br>  v.<br><br>BONA LAW P.C., JAROD BONA, DAVID CODELL, AARON GOTT, LUKE HAASKAMP, AND LUIZ BLANQUEZ,<br><br>    Defendants. | Case No.: 21CV0562 WQH BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**Date: December 23, 2021**<br>**Hon. Judge William Q. Hayes** |

Plaintiff Brian P. Manookian hereby gives notice of his voluntary dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

1

NOTICE OF VOLUNTARY DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: December 24, 2021 | **SPRAGENS LAW PLC** |
| 2 | | By: */s/ John Spragens* |
| 3 | | John Spragens, TN Bar No. 31455 |
| 4 | | *(Pro Hac Vice)*<br>311 22nd Ave. N. |
| 5 | | Nashville, TN 37203<br>Telephone: (615) 983-8900 |
| 6 | | Facsimile: (615) 682-8533<br>john@spragenslaw.com |
| 7 | | *Lead Counsel for Plaintiff* |
| 8 | | Benjamin J. Cheeks (SBN 269378) |
| 9 | | Law Offices of Benjamin J. Cheeks, APC |
| 10 | | 600 W Broadway Ste 700<br>San Diego, CA 92101 |
| 11 | | Telephone: (619) 995-7828<br>Fascimile: (619) 528-2297 |
| 12 | | E-Mail: bjc@bencheekslaw.com |
| 13 | | *Local Counsel for Plaintiff* |

2

NOTICE OF VOLUNTARY DISMISSAL